AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__EASTERN__ DISTRICT OF __VIRGINIA__

FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

JOSEPH FRANK FEDERICI

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:08mj406

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about __the summer of 2005 through the fall of 2007__ in the __City of Alexandria__, in the __Eastern__ District of __Virginia__ defendant(s) did, (Track Statutory Language of Offense)

conspire to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) __841 (a)(1) and 846__.

I further state that I am a(n) __Task Force Officer__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUSA Kimberly Riley Pedersen

Sworn to before me and subscribed in my presence,

Signature of Complainant
Richard W. Myers
Task Force Officer
Drug Enforcement Administration

May 15, 2008 at __
Date

Honorable John F. Anderson, United States Magistrate Judge
Name & Title of Judicial Officer

/s/
John F. Anderson
United States Magistrate Judge